IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Michael J. Mirras )
)         **Summons**
)         (Issued pursuant to Rule 4 of
)         the Federal Rules of Civil
Plaintiff, )         Procedure or other appropriate
)         law.)
Providian/Washington Mutual )
)   (        CV-06-P-1577-S
)
Defendant. )

TO DEFENDANT **Providian/Washington Mutual 4900 Johnson Dr. Pleasanton, CA. 94588**

You are hereby summoned and required to serve upon plaintiff's attorney(s):

**Michael J. Mirras  12484 Windy Ridge Dr. McCalla, AL. 35111-2800**

a response to the complaint which is herewith served upon you, within ____20_____ days after service of the summons upon you, exclusive of the day of service. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.** A signed copy of your response MUST also be filed with the court.

DATE: 8/11/06

Sharon N. Harris
~~PERRY D. MATHIS, CLERK~~

By: _[signature]_
Deputy Clerk

(SEAL OF COURT)

**SEE REVERSE SIDE FOR RETURN**

NOTE: A separate summons must be prepared for each defendant.

CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

**CASE NO.**