IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
06 DEC 21 PM 12: 18
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| MICHAEL J. MIRRAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-cv-1577S |
| ) | Trial by Jury Demanded |
| PROVIDIAN ) | |
| WASHINGTON MUTUAL ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM TO THE COURT

Comes now the Plaintiff:

The Plaintiff contacted the Defendants attorney upon appearance and several times since then William Morrow on or about September 20,2006. The purpose of which was to offer an immediate settlement agreement which entailed the removal of all derogatory information in the Plaintiffs Credit Reports (The basis of this Complaint) and that the Plaintiff would seek only court costs as a condition of this request. The Plaintiff informed the learned consul that the Defendant would have 10 business days to respond to the offer. After the ten days had expired the Plaintiff then again contacted the attorney for the Defendant and sought a response to the Plaintiffs settlement request. The Defendants attorney had indicated to the Plaintiff that the Defendant had not responded to him. This has now gone on for several months, that the Defendant does not respond to their own attorney as they do not take this case seriously and its to small to worry about (words to that effect from Mr. Morrow to the Plaintiff). And that is still apparent to this date as every time the Plaintiff speaks to the attorney for the Defendant the answer is always the same "they do not respond". As such the Plaintiff will move ahead with all of the conditions in Rule 26f requirements. However because the plaintiff has suffered for over

two years at the hands of the Defendant in reporting erroneous and inaccurate information to the major credit reporting agencies and the Plaintiff has tried to get them to respond to him for two years prior to this action. A response from the Defendant is never forthcoming, which is the cause of this action. The Plaintiff has attached a request for Temporary Injunctive Relief until such a time that the Plaintiff and the Defendant can come to a amicable settlement or court or jury can reach a verdict in this action.

Respectfully submitted this 21st day of December 2006

_____
Michael J. Mirras, Plaintiff
12484 Windy Ridge Drive
McCalla, AL. 35111
205-559-4610

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing pleading to be served on counsel for all parties to this proceeding this 21st day of December 2006.

_____
Michael J. Mirras, Plaintiff
12484 Windy Ridge Drive
McCalla, AL. 35111
205-559-4610

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-cv-1577S ) |
| PROVIDIAN WASHINGTON MUTUAL | ) ) ) |
| Defendant. | ) |

## ORDER OF
## TEMPORARY INJUNCTIVE RELIEF

This court now orders the Defendant PROVIDIAN/WASHINGTON MUTUAL. To remove from the Plaintiff Michael J. Mirras' credit reports with the national credit reporting agencies Trans Union, Equifax, Experian and Innovis all information pertaining to the Plaintiff until such a time as a settlement agreement or verdict by this court or jury is forth coming.

Ordered and done this ___ day of December 2006.

_____
Honorable R David Proctor, US District Court Judge