IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PROVIDIAN/WASHINGTON MUTUAL, § <br> § <br> Defendant. § § | CIVIL ACTION NO. <br> CV 06 1577 S |

## JOINT STIPULATION OF DISMISSAL

Come now Plaintiff Michael Mirras and Defendant Washington Mutual Bank, successor in interest to Providian National Bank, and stipulate and agree that any and all claims or causes of action asserted against Defendant Washington Mutual Bank by Plaintiff be dismissed with prejudice, costs taxed as paid. A proposed Order for entry by this Court is attached.

_____
Michael Mirras, Pro Se

12484 Windy Ridge Drive
McCalla, Alabama 35111-2800

_____
One of the Attorneys for Defendant
Washington Mutual Bank

William H. Morrow
LIGHTFOOT, FRANKLIN & WHITE,
L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL J. MIRRAS, § § Plaintiff, § § v. § PROVIDIAN/WASHINGTON MUTUAL, § § Defendant. § § | CIVIL ACTION NO. CV 06 1577 S |

## ORDER OF DISMISSAL

This cause having come before the Court on the parties' Joint Stipulation of Dismissal, and the Court having considered the same, it is hereby

**ORDERED, ADJUDGED and DECREED** that all claims asserted by Plaintiff Michael Mirras against Defendant Washington Mutual Bank, successor in interest to Providian National Bank in this action are hereby DISMISSED with prejudice, costs taxed as paid.

**DONE and ORDERED** this _____ day of _____, 2007.

_____
U. S. District Judge